# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| RODERICK STRONG, | ) | No. CV 07-06103-ABC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DEBRA DEXTER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 4/15/08

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE